

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

~~ATTORNEY GENERAL~~

AUSTIN 11, TEXAS

Hon. M. O. Flowers
Secretary of State
Austin, Texas

Dear Sir:

Opinion No. O-2039
Re: Purpose clause of proposed char-
ter not within purview of Section
2 of Article 1302, Revised Civil
Statutes of Texas, 1925.

This will acknowledge receipt of your letter of March 4, 1940, in which you request the opinion of this department as to whether or not the purpose clause contained in the charter application of "Latin Sons of Texas" is within the purview of Section 2, Article 1302, of the Revised Civil Statutes of Texas, 1925. The purpose clause contained in the application is:

"Its purposes shall be to educate all native born Texans as to their duties, rights and privileges as American citizens and furtherto do all things neces- sary and proper to raise their educational standards from a cultural stand- point in order that they may become better citizens."

Our opinions Nos. O-1028 and 1032, approved July 22, 1939, and O-1171, approved April 19, 1939, the originals of which were sent to your de- partment, dealt with similar questions.

We have carefully reviewed such opinions and the authorities there- in cited and believe them to be determinative of the question here submitted.

It is our opinion that the above quoted purpose clause is not with- in the purview of Section 2, Article 1302.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Lloyd Armstrong

Lloyd Armstrong
Assistant

LA:AW:egw

APPROVED MAR 13, 1940
/s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED
Opinion Committee
By BWB Chairman